**No. 45820.**—Protest 1866-K of Joensson Import Corp. (New York).

Opinion by Evans, J.  It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).  The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45821.**—Protests 53781-K (B), etc., of Kanebo, Inc., et al. (New York).

Opinion by Evans, J.  On the authority of Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 13, 1941

**No. 45822.**—Protest 29036-K of Daniel F. Young, Inc. (New York).

Opinion by Brown, J.  The testimony showed that the commodity in question is herring, beheaded and eviscerated, packed in barrels having a gross weight of 350 pounds each and a net weight of 242 pounds each.  On the record presented the claim at five-eighths of 1 cent per pound under paragraph 719 (4) as amended by T. D. 49752 was sustained.

**No. 45823.**—Protest 629257-G of C. S. Emery & Co. (St. Albans).

Opinion by Walker, J.  The collector described the merchandise as suitable and ordinarily used for the manufacture of a frame for a tennis racket.  The protest was submitted on the official papers and *United States* v. *Gallagher* (12 Ct. Cust. Appls. 472, T. D. 40670) and *United States* v. *Young* (15 id. 111, T. D. 42188) were cited.  It was held that these cases are not in point on the issue before the court.  On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, MAY 13, 1941

**No. 45824.**—Protests 514201-G, etc., of A. J. Guthrie et al. (New York).

Opinion by Kincheloe, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.